## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

JOE MCKINLEY JONES, ADC #108478                                              PETITIONER

v.                                     No. 5:13CV00063 JLH

WENDY KELLEY, Director,
Arkansas Department of Correction                                            RESPONDENT

### ORDER

Joe McKinley Jones filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on February 26, 2013. The Court dismissed the petition as untimely under 28 U.S.C. § 2241(d) and denied a certificate of appealability. On February 20, 2015, the United States Court of Appeals for the Eighth Circuit denied a certificate of appealability and dismissed Jones's appeal. The mandate was issued on March 16, 2015.

More than a year later, Jones has now filed an "Amended Habeas Corpus Petition" in which he requests the Court to permit him to amend his habeas petition based on newly discovered evidence.

This case is closed. Nothing in the rules permits an amended petition after the initial petition has been dismissed and all appeals have been exhausted. If Jones wishes to file a new petition, he must obtain permission from the United States Court of Appeals for the Eighth Circuit to file a second or successive habeas corpus petition. *See* 28 U.S.C. § 2241(b).

Joe McKinley Jones's "Amended Habeas Corpus Petition" is DISMISSED. Document #28. No certificate of appealability will be issued.

IT IS SO ORDERED this 7th day of July, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE